**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1369

ALBERT E. MOEHRING,

Plaintiff – Appellant,

v.

THE BANK OF NEW YORK MELLON; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.; MERSCORP HOLDINGS, INC.; BANK
OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; LAW OFFICE
OF JOHN T. BENJAMIN; GERALD L. HASSELL; BRIAN T. MOYNIHAN;
TRUSTEE SERVICES OF CAROLINA, LLC; BROCK & SCOTT, PLLC,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Max O. Cogburn, Jr.,
District Judge.  (3:13-cv-00567-MOC-DSC)

Submitted:  August 21, 2014          Decided:  August 25, 2014

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Albert E. Moehring, Appellant Pro Se. Nathan J. Taylor, MCGUIRE
WOODS, LLP, Charlotte, North Carolina; Franklin Lamont Greene,
BROCK & SCOTT, PLLC, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert E. Moehring appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Moehring's claim under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 to 1692p (2012), and remanding his remaining claims to state court. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Moehring v. The Bank of New York Mellon, No. 3:13-cv-00567-MOC-DSC (W.D.N.C. Mar. 17, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED